UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS ALLEN CANNON, | ) | 1:04-CV-6327 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME |
| | ) | (DOCUMENT #16, 17) |
| A. K. SCRIBNER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 4, 2006 and October 18, 2006, petitioner filed motions to extend time to file objections to the findings and recommendations file September 18, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:    November 2, 2006**                **/s/ Sandra M. Snyder**
23ehd0                           UNITED STATES MAGISTRATE JUDGE