# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALLEN CANNON,        )| 1:04-CV-06327 AWI SMS HC |
|                             )| |
| Petitioner, )| ORDER ADOPTING FINDINGS AND |
|                             )| RECOMMENDATION |
|                             )| [Doc. #15] |
| v.                          )| |
|                             )| ORDER DENYING PETITION FOR WRIT |
| A. K. SCRIBNER,             )| OF HABEAS CORPUS |
|                             )| |
|                             )| ORDER DIRECTING CLERK OF COURT |
| Respondent. )| TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 18, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order. Petitioner was granted an extension of time to November 6, 2006, to file his objections. The time for filing objections has now passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1 *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
2 and Recommendation is supported by the record and proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The Findings and Recommendation issued September 18, 2006, is ADOPTED IN FULL;
5     2. The petition for writ of habeas corpus is DENIED with prejudice; and
6     3. The Clerk of the Court is DIRECTED to enter judgment.

8 IT IS SO ORDERED.
9 **Dated:    January 11, 2007**                     **/s/ Anthony W. Ishii**
  0m8i78                                             UNITED STATES DISTRICT JUDGE